# LAW FIRM OF BRIAN DEBAUCHE, L.L.C.

**Brian DeBauche, Esq.**

**401 Kalamath Street, Denver CO 80204-5023**
**Telephone (303) 571-5023 Facsimile (303) 571-5043**
***e-mail brian@denverlawshark.com***

**DATE: June 4, 2025**

By mail and electronic mail to:
Sixt Rent a Car
Attn: Elizabeth Carrera, Cory Kirkpatrick
1501 NW 49th Street, Suite 100
Fort Lauderdale, FL 33309
email: elizabeth.carrera@sixt.com
tel.: +1-888-942-7498 – 8284

Re: US Holdings LLC d/b/a NavAuto1 Group

Ms. Carrera:

I am counsel for a Colorado company, US Holdings LLC. You and I negotiated a contract in September 2024 for provision of services at Denver International Airport. The contract was adopted by the parties and before it was even signed, my client began services for Sixt. This included substantial equipment installation and remodeling costs.

USH began working with SIXT in August 2024 and dedicated extensive time, labor, and resources to support and improve the property and operations of your client. USH acted in good faith as a committed vendor and partner throughout the last ten months. The facility at DIA was not suitable to conduct the services proposed by the contract; and security was non-existent.

To date, USH spent over **$35,000** on property improvements, including cleaning, painting, welding steel plates to cover an open oil pit, and hauling away more than 1,400 waste tires. They also safely removed over 300 gallons of waste oil and provided necessary equipment, such as a forklift and other machinery, to prepare the facility for operation. Additionally, they invested over $25,000 in cameras and wiring for surveillance throughout the property.

USH provided prompt service for numerous vehicles throughout the ten months of this agreement. Vehicles came in through weekends and holidays, and required at times extensive work to be put back into service. USH found that ordinary maintenance like tires, lubrication, and oil changes were not done. USH held to the terms of the agreement and provided service seven days a week.

Despite these efforts, USH was recently informed by David Breannon that they "no longer hold the account" as of approximately 60 days ago. Mr. Breannon terminated the presence of USH at DIA and stopped referring vehicles.

To further complicate matters, USH is still owed over **$130,000**, which remains unacknowledged and unpaid by your team. USH currently holds three units, including two buses, from Cherry Creek associated with this account. Any remaining vehicle incurs storage charges consistent with the practice of USH for ordinary customers. These units will not be released and are subject to mechanic's liens, until Nav Auto1 has been made whole and the outstanding balance is resolved in full.

USH is a small business the relies on timely payment of outstanding invoices; and the terms for payment appear to be clear. USH is prepared to pursue all necessary steps to recover the amounts due under the agreement for past work. The provider is asking for prompt resolution of the outstanding balances, which impact the business on every day they remain unpaid.

Respectfully,

By: ______________________________

Brian DeBauche, Esq.

Enc: Spreadsheets, O/B
cc: USH LLC