**Elizabeth Carrera**

**From:** legal-us
**Sent:** Monday, August 4, 2025 6:07 PM
**To:** Elizabeth Carrera
**Subject:** Fw: Sixt and Nav Auto1, Colorado

---

**From:** legal-us <legal-us@sixt.com>
**Sent:** Wednesday, July 30, 2025 3:11 PM
**To:** DeBauche, Brian <brian@denverlawshark.com>
**Cc:** David Brennan <david.brennan@sixt.com>; Christopher Meza <christopher.meza@sixt.com>; Andrew Burks <andrew.burks@sixt.com>
**Subject:** Re: Sixt and Nav Auto1, Colorado

Dear Mr. DeBauche,

We are kindly following up to confirm your receipt of our email dated July 22, 2025. As of today, July 30, 2025, we have not received a response, nor have we received any of the requested invoices or information from our email.

Additionally, in our letter dated June 27, 2025, we demanded that your client return the below listed vehicles on or before July 7, 2025. To date, your client remains in unlawful possession of such vehicles, which are owned by Sixt Titling Trust and relied upon by Sixt Rent a Car, LLC ("Sixt") in the operation of its national rental car business:

1. Sixt Shuttle Bus | FL-JKHP13 | VIN# 1FDEE3FS2HDC55833
2. Sixt Shuttle Bus | CO-DWYW54 | VIN# 1FDFE4FN2PDD24006
3. BMW X3 | CA-9LPP342 | VIN# 5UX43DP04R9V80091
4. Subaru Ascent | CO-EDXM15 | VIN# 4S4WMAAD4S3415745

We request that you provide proof of life for each of these vehicles, including current mileage, fuel levels, and any other relevant condition details.

Please respond no later than close of business on **Friday, August 1, 2025**. Failure to respond within the time specified will result in Sixt pursuing all available remedies at law or in equity. Please note that this email in no way impairs any other remedies or rights available to Sixt either contractually or under applicable law.

Best Regards / Mit freundlichen Grüßen,

**Legal Department**
Sixt USA
email: legal-us@sixt.com

Please consider the environment before printing this email.

---

**From:** legal-us <legal-us@sixt.com>
**Sent:** Tuesday, July 22, 2025 3:09 PM
**To:** DeBauche, Brian <brian@denverlawshark.com>

**Cc:** David Brennan <david.brennan@sixt.com>
**Subject:** Re: Sixt and Nav Auto1, Colorado

Good morning Mr. DeBauche,

We hope you are well. Further to our letter dated June 27, 2025, we would like to note that, in the interest of time and efficiency, Sixt has made several good faith attempts to meet with your client from the business side and review the invoices line-by-line. The goal has been to ensure clarity and alignment between both parties throughout this process.

After reviewing the invoices received from your email dated July 7, 2025, we've attached an updated spreadsheet depicting the invoices that require additional information and/or clarification to facilitate payment, invoices that we have not yet received, and invoices that we show as paid.

To summarize:

**Invoices that require clarification and/or additional information (attached for your reference)**:

Invoice 23954 – possible duplicate; Sixt's records show this invoice as paid (see notes on spreadsheet)
Invoice 23827 – possible duplicate; Sixt's records show this invoice as paid (see notes on spreadsheet)

Invoice 22860 – requires clarification/further information (see notes on spreadsheet)
Invoice 20757 – requires clarification/further information (see notes on spreadsheet)
Invoice 22488 – requires clarification/further information (see notes on spreadsheet)

Invoice 21787 – the invoice depicts a $0 balance, please provide clarification
Invoice 21553 – the invoice depicts a $0 balance, please provide clarification

**Invoices that Sixt has not received**:
See Lines 26 – 54 of the spreadsheet

**Invoices that Sixt records show as Paid**:
See Lines 55 - 100 of the spreadsheet

Once your client has had a chance to review, we would be happy to set up a call to allow the parties to discuss and resolve the outstanding points.

Thank you, and we look forward to hearing from you soon.

Best Regards / Mit freundlichen Grüßen,

**Legal Department**
Sixt USA
**email:** legal-us@sixt.com

Please consider the environment before printing this email.

---

**From:** DeBauche, Brian <brian@denverlawshark.com>
**Sent:** Monday, July 7, 2025 10:08 PM

**To:** David Brennan <David.Brennan@sixt.com>; legal-us <legal-us@sixt.com>
**Subject:** Sixt and Nav Auto1, Colorado

You don't often get email from brian@denverlawshark.com. Learn why this is important

**DO YOU KNOW THIS SENDER?** Only open attachments if you trust this sender!

Mr. Brennan,

I am responding to a letter sent to the client ten days ago, concerning outstanding balances on invoices and four vehicles held by Nav Auto1. This appears to be a long-standing issue between the two parties to the prior contract for services. Nav Auto1 indicates there is no resolution to the outstanding invoices.

Nav Auto1 indicates it was removed from DIA and the services contract over three month ago, without much explanation. The removal was a surprise, considering they invested money in equipment and security cameras on site. At that time there were 113 invoices that remained unpaid, and were repeatedly sent to Sixt for payment. Ali Majd as manager of Nav Auto1 made direct requests to management and the accounting department for payment on these same invoices. Local management indicated payments were processing, but some of these invoices are quite aged. All the invoices in this list remain unpaid.

Attached please find the list of those invoices previously sent to management at Sixt, requesting payment. I also attach the invoices themselves; including 99 from repair, and 14 from collision. The client indicates they were sent at least three times each, with no payment. There is an invoice for tires removed from DIA at the request of Sixt; and an invoice for tools purchased at the request for Sixt. After review, please indicate if we can resolve these outstanding invoices without court intervention.

Nav Auto1 asserts the contract with Sixt was either cancelled or terminated by Sixt; and the outstanding invoices pose a particular problem for this local business. They assert a right to withhold the remaining four vehicles until payments are made. Those four vehicles were left at Nav Auto1 for eight months now.

--
***Brian DeBauche, Esq.***
Trial Lawyer
Member Colorado Trial Lawyer's Ass.
Member Colorado Criminal Defense Bar
Member Faculty of Federal Advocates
E/m: brian@denverlawshark.com
office (303) 571-5023
mountainlegal.net |
401 Kalamath Street| Denver CO 80204-5019