UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61980-CIV-SINGHAL

SIXT RENT A CAR LLC and SIXT TITLING TRUST,

Plaintiffs,

v.

US HOLDINGS, LLC,

Defendant.
_______________________________________/

**ORDER**

**THIS CAUSE** has come before the Court on a *sua sponte* examination of the record. "Plaintiffs' Verified Amended Complaint for Replevin [(DE [6])], which contains a single count for replevin, seeks to recover four of Plaintiffs' vehicles located in Colorado that Plaintiffs allege Defendant has wrongfully detained." (Order to Show Cause (DE [11])). On November 30, 2025, Judge Strauss found that venue was improper since "replevin is a possessory action that requires in rem jurisdiction over the subject matter." *Advantage Car Rental & Sales, Inc. v. Mitsubishi Motor Sales of Am., Inc.*, 664 So. 2d 46, 47 (Fla. 3d DCA 1995) (citing *Prestige Rent-A-Car, Inc. v. Advantage Car Rental & Sales*, Inc., 656 So. 2d 541, 544 (Fla. 5th DCA 1995)). Judge Strauss asked Plaintiffs to file "a written response to show cause why this action should not be dismissed without prejudice" on or before December 8, 2025. (DE [11]).

On December 8, 2025, Plaintiffs filed a Motion for Extension of Time to Respond to the Court's Order to Show Cause (DE [13]) and requested that the deadline to file their response be extended until December 15, 2025, which Judge Strauss granted, *see* (DE [14]). On December 15, 2025, Plaintiffs filed a second request for extension of time, *see*

(DE [15]), and asked that they submit their response on December 29, 2025, a request that Judge Strauss granted, *see* (DE [16]). The December 29th deadline has passed, and Plaintiffs have not filed a response to Judge Strauss's Order to Show Cause. Accordingly, it is therefore

**ORDERED AND ADJUDGED** that that this cause stands **DISMISSED WITHOUT PREJUDICE** for improper venue and failure for failure to comply with this Court's Order (DE [11]). The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of December 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF